1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

* * *

9
10

MARY HINDS,                          )
                                     )
                Plaintiff,           )        2:11-cv-202-LDG-RJJ
                                     )
vs.                                  )
                                     )
COLORADO CASUALTY INSURANCE          )        O R D E R
COMPANY, etc., *et al.*,             )
                                     )
                Defendant,           )
_____)

11
12
13
14
15
16

        IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

Report on July 29, 2011.

17
18

        IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

the following:

19
20

        1.      Shall identify the discovery that has been completed;

21
22

        2.      Shall identify the discovery that remains outstanding;

        3.      Shall identify any pending discovery motions; and,

23
24

        4.      Shall detail all attempts to settle the case.

        DATED this   28th   day of June, 2011.

25
26

                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge

27
28