BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
Utah Bar No. 12336
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone (702) 444-4444
Fax (702) 444-4455
E-Mail: benjamin@richardharrislaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY HINDS,<br><br>            Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY; a Colorado Company; DOES I though V, inclusive,<br><br>            Defendants. | CASE NO.: 2:11 –cv-00202-LDG-RJJ<br><br>**STIPULATION AND ORDER TO CLOSE CASE** |

COMES NOW, Plaintiff MARY HINDS, [hereinafter "Plaintiff"], by and through her counsel of record, Benjamin P. Cloward, Esq. of the RICHARD HARRIS LAW FIRM, and COLORADO CASUALTY INSURANCE COMPANY [hereinafter "Defendant"], by and through its counsel of record, Megan K. Doresy, Esq. and Ian P. Gillan, Esq. of the law firm KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and hereby stipulates to close the above captioned action and enter into binding arbitration.

Pursuant to the Agreement between the Parties, Plaintiff agrees to dismiss her Complaint against Defendant without prejudice.

Upon conclusion of the arbitration the Plaintiff agrees to dismiss her Complaint against Defendant with prejudice. Each party is to bear its own costs and fees regarding this matter

DATED this ___ day of August, 2011

RICHARD HARRIS LAW FIRM

BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for the Plaintiff*

DATED this ___ day of August, 2011

KOELLER NEBEKER CARLSON & HALUCK, LLP

MEGAN K. DORESY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Attorneys for the Defendant*

## ORDER

IT IS HEREBY ORDERED that the above – captioned matter will be dismissed without prejudice.

IT IS FURTHER ORDERED that the above – captioned matter will be dismissed with prejudice upon the conclusion of the arbitration in this matter.

_____
U.S. DISTRICT COURT JUDGE
DATED: 8 Aug 2011

RICHARD HARRIS LAW FIRM

By: _____
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
Utah Bar No. 12336
801 South Fourth Street
Las Vegas, Nevada 89101
E-Mail: benjamin@richardharrislaw.com
*Attorneys for Plaintiff*